UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 01, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL GUSTAV SIMONIS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00233-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

　　This is to authorize and direct you to release  SAMUEL GUSTAV SIMONIS,

Case No.  2:22-cr-00233-JAM, Charge 18 U.S.C. § 3606, from custody for the following reasons:

　　__X__　Release on previously imposed supervised release conditions.

　　_____　Bail Posted in the Sum of $ _____

　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　__X__　(Other):  In addition to previously imposed conditions, the defendant is ordered (1) to stay away from and have no contact with the complaining witness associated with the alleged assault described in the supervised release violation petition; and (2) not harass, assault, threaten or stalk that same complaining witness.

　　Sacramento County Jail is further ORDERED to release the defendant with a

　　__X__　30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 1, 2023 at 3:45 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE