PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL GUSTAV SIMONIS,<br><br>Defendant. | CASE NO. 2:22-cr-00233-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 17, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on October 17, 2023.

2. Charge 12 of the Petition alleges a failure to notify of a new arrest regarding a new state law violation. This case is currently set for preliminary hearing on October 12, 2023 in Shasta County Superior Court (*People of the State of California v. Samuel Gustav Simonis*, Case No. 23F-04642). Accordingly, the parties request additional time for the state case to resolve prior to proceeding with resolution of the supervised release petition.

///

///

///

STIPULATION AND ORDER

1

3. By this stipulation, the parties now move to continue the admit/deny hearing until **December 12, 2023, at 9:00 a.m**.

IT IS SO STIPULATED.

Dated:  October 10, 2023   PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated:  October 10, 2023   /s/ LINDA HARTER
LINDA HARTER
Counsel for Defendant
SAMUEL GUSTAV SIMONIS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 10, 2023   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE