HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Linda_Harter@fd.org

Attorney for Defendant
SAMUEL GUSTAV SIMONIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>SAMUEL GUSTAV SIMONIS,<br>Defendant. | Case No. 2:22-cr-00233-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Alstyn Bennett, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda Allison, attorney for defendant Samuel Gustav Simonis, that the Admit/Deny Hearing currently set for December 12, 2023 be continued to February 13, 2024 at 9:00 am.

The parties agree and stipulate that they parties are awaiting resolution of Mr. Simonis' pending state case and that the US Attorney's Office and US Probation have no objection to the new date.

DATED: December 6, 2023

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Linda Harter
LINDA HARTER
Attorney for Defendant
SAMUEL GUSTAV SIMONIS

Stip to continue A/D                -1-                *US v. Simonis,* 2:22-cr-00233-JAM

| | |
|---|---|
| Dated: December 6, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED that the status conference and Admit/Deny hearing set for December 12, 2023 at 9:00 a.m. be **CONTINUED** to **February 13, 2024, at 9:00 a.m.**

Dated: December 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE