1  PHILLIP A. TALBERT
   United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL GUSTAV SIMONIS,<br><br>Defendant. | CASE NO. 2:22-cr-00233-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: February 13, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for an admit/deny hearing on February 13, 2024.

2.  Charge 12 of the Petition alleges a failure to notify of a new arrest regarding a new state law violation. This case is currently set for trial on March 12, 2024 in Shasta County Superior Court (*People of the State of California v. Samuel Gustav Simonis*, Case No. 23F-04642). Accordingly, the parties request additional time for the state case to resolve prior to proceeding with resolution of the supervised release petition.

///

///

///

STIPULATION AND ORDER                                     1

3. By this stipulation, the parties now move to continue the admit/deny hearing until **April 23, 2024, at 9:00 a.m.**

IT IS SO STIPULATED.

Dated: February 6, 2024                         PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ ALSTYN BENNETT
                                                ALSTYN BENNETT
                                                Assistant United States Attorney

Dated: February 6, 2024                         /s/ LINDA HARTER
                                                LINDA HARTER
                                                Counsel for Defendant
                                                SAMUEL GUSTAV SIMONIS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 07, 2024                        /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE