1  PHILLIP A. TALBERT
   United States Attorney
2  ZULKAR KHAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7                        UNITED STATES DISTRICT COURT

8

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO.  2:22-cr-00233-JAM

12                    Plaintiff,         **STIPULATION REGARDING
                                         CONTINUANCE OF REVOCATION
13          v.                           PROCEEDINGS**

14  SAMUEL GUSTAV SIMONIS,               DATE: April 23, 2024
                                         TIME:  9:00 a.m.
15                    Defendant.         COURT: Hon. John A. Mendez

16

17                              **<u>STIPULATION</u>**

18          Plaintiff United States of America, by and through its counsel of record, and defendant Samuel

19  Gustav Simonis, by and through his counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for an admit/deny hearing on revocation

21  proceedings on April 23, 2024.

22          2.      Mr. Simonis is scheduled for jury trial regarding related criminal charges in California

23  state court on July 5, 2024.

24  //

25  //

26  //

27  //

28  //

                                          1

3.      By this stipulation, the parties now move to continue the admit/deny hearing until **August 06, 2024, at 09:00 a.m.**

IT IS SO STIPULATED.


Dated:  April 17, 2024                                              PHILLIP A. TALBERT
                                                                    United States Attorney


                                                          By:   /s/ ZULKAR KHAN
                                                                ZULKAR KHAN
                                                                Assistant United States Attorney


Dated:  April 17, 2024                                     /s/ LINDA HARTER
                                                           LINDA HARTER
                                                           Counsel for Defendant
                                                           SAMUEL GUSTAV SIMONIS


                                    **ORDER**


Dated: April 17, 2024                             /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  SENIOR UNITED STATES DISTRICT JUDGE