HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Linda_Harter@fd.org

Attorney for Defendant
SAMUEL GUSTAV SIMONIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>SAMUEL GUSTAV SIMONIS,<br>Defendant. | Case No. 2:22-cr-00233-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING RE TSR VIOLATION** |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Zulkar Khan, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Linda Harter, attorney

for defendant Samuel Gustav Simonis, that the Judgment and Sentencing re TSR Violation

currently set for October 22, 2024 be continued to November 12, 2024 at 9:00 am.

The parties agree and stipulate that the parties are awaiting resolution of Mr. Simonis'

pending state case. Mr Simonis' state case is scheduled to resolve on October 22, 2024. The US

Attorney's Office and US Probation have no objection to the new date.

////

////

////

////

////

-1-

*US v. Simonis,* 2:22-cr-00233-JAM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: October 18, 2024

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Harter*
LINDA HARTER
Attorney for Defendant
SAMUEL GUSTAV SIMONIS

Dated: October 18, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant United States Attorney
Attorney for Plaintiff

1

**ORDER**

2

3

    IT IS HEREBY ORDERED that the Judgment and Sentencing re TSR Violation set for

4

October 22, 2024, at 9:00 a.m., be **CONTINUED** to **November 12, 2024, at 9:00 a.m.**

5

  Dated: October 21, 2024             /s/ John A. Mendez

6

                                           THE HONORABLE JOHN A. MENDEZ

7

                                           SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28